**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7501**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

FORREST STEPHEN BLACK,

Defendant - Appellant.

---

**No. 01-8005**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

FORREST STEPHEN BLACK,

Defendant - Appellant.

---

Appeals from the United States District Court for the Middle District of North Carolina, at Winston-Salem. N. Carlton Tilley, Jr., Chief District Judge. (CR-90-277, CA-01-41-1)

---

Submitted: January 23, 2002      Decided: February 5, 2002

---

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

---

Forrest Stephen Black, Appellant Pro Se. Benjamin H. White, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Forrest Stephen Black seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Black, Nos. CR-90-277; CA-01-41-1 (M.D.N.C. July 23, 2001). We further deny leave to proceed on appeal in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED